# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CORTNEY CAE (Huff) ROSS and
ROBERT ROSS (Robert the Ross)                                   PLAINTIFFS

v.                          No. 5:18-cv-82-DPM

GRANT COUNTY SHERIFF'S OFFICE,
SHERIFF RAY VANCE, et al.                                       DEFENDANTS

## ORDER

Though the complaint is ambiguous on this point, it appears that the Rosses want to sue (among others) Phil Wilson. His daughter is my long-time law clerk. My impartiality could therefore reasonably be questioned. 28 U.S.C. § 455(a). I recuse. The Clerk must reassign this case at random by chip exchange.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 April 2018