**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ROBERT ROSS**                                                                                          **PLAINTIFF**

**v.**                                            **Case No. 5:18-cv-00082-KGB**

**RAY VANCE,** *et al*.                                                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff

Robert Ross's complaint is dismissed without prejudice.  The relief sought is denied.  The Court

certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order

and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 9th day of October, 2018.

_Kristine G. Baker_____
Kristine G. Baker
United States District Judge